```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GREGORY CRUZ,                              :    08 Civ. 1499 (SHS)

               Plaintiff,            :

     -against-                           :    ORDER

#820 WILLIAMS, *ET AL.*,                   :

              Defendants.           :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     In a letter to the Court dated February 5, 2008, plaintiff requests that this case be dismissed. Accordingly,

     IT IS HEREBY ORDERED that the complaint is dismissed and the Clerk of Court shall close this action.

Dated: New York, New York
       March 3, 2008

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.